UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

KENNETH D. WILLIAMS, SR.,           )
                                    )
                Plaintiff,           )
        vs.                          )     No. 1:06-cv-386-SEB-VSS
                                    )
STATE OF INDIANA, et al.,            )
                                    )
                Defendants.          )

**E N T R Y**

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to proceed as directed in the Entry of March 14, 2006.

Judgment dismissing this action without prejudice shall now issue.

This disposition does not affect the plaintiff's obligation to pay the filing fee.

**IT IS SO ORDERED.**

Date: 05/01/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana