UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENNETH D. WILLIAMS, SR., )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>STATE OF INDIANA, et al., )<br>)<br>Defendants. ) | No. 1:06-cv-386-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 05/01/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kenneth D. Williams, Sr.
DOC #146853
New Castle Correctional Facility
P.O. Box A
New Castle, IN  47362